UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: _____

# APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicants, _____, are the (check all that apply):

    ☐ Trustee:       ☐ Chap. 7       ☐ Chap. 11       ☐ Chap. 13.

    ☐ Debtors:       ☐ Chap. 11      ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicants seek to retain the following professional _____ to serve as (check all that apply):

    ☐ Attorney for:   ☐ Trustee       ☐ Debtors-in-Possession

    ☐ Official Committee of _____

    ☐ Accountant for: ☐ Trustee       ☐ Debtor-in-possession

    ☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify): ____________________

3. The employment of the professional is necessary because:
Debtors require legal representation to assist with duties as Debtors-in-Possession; the administration of the Chapter 11 case and to perform all legal services which may be necessary to propose and confirm a plan of reorganization.

4. The professional has been selected because:
Politan Law, LLC has considerable experience and expertise with Chapter 11 matters, has been retained in Chapter 11 matters of this nature, has served as a Subchapter V trustee in similar matters, and is qualified to represent the Debtors in these proceedings.

5. The professional services to be rendered are as follows:
To give advice to Debtors regarding its powers and duties as Debtors-in-Possession; representation of the Debtors in bankruptcy matters and adversary proceedings; and perform all legal service for the Debtors which may be necessary to confirm a plan.

6. The proposed arrangement for compensation is as follows:
Hourly rate is $450 per hour plus reimbursments for expenses; Debtor provided retainers totaling $14,545 inclusive of filing fees which were drawn down for prepetition fees and costs in the amount of $4,545 leaving a balance at filing of $10,000.

7. To the best of the applicants' knowledge, the professional's connection with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe connection: Politan Law, LLC previously represented the Debtors and other defendants in litigation in the District Court of New Jersey. Representation concluded prior to filing. Further detail included in Certification of Mark J. Politan.

8. To the best of the applicant's knowledge, the professional (check all that apply):

☐ does not hold an adverse interest to the estate.

☐ does not represent an adverse interest to the estate.

☐ is a disinterested person under 11 U.S.C. § 101(14).

☐ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain: _____
_____
_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____
_____
_____

The applicants respectfully request authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: _____         _____
                                        Signature of Applicant

*rev.8/1/15*