| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Mark J. Politan<br>**POLITAN LAW, LLC**<br>88 East Main Street, #502<br>Mendham, New Jersey 07945<br>(973) 768-6072<br>mpolitan@politanlaw.com<br><br>*Proposed Counsel to the Debtors* | |
| In Re:<br><br>PANKAJ and VARSHA DESAI,<br><br>                              Debtors. | Case Nos.: 22-11049 (JKS)<br><br>Chapter: 11<br>Subchapter V |

## CHAPTER 11 SMALL BUSINESS STATEMENT OF NO DOCUMENTS

**PANKAJ DESAI AND VARSHA DESAI**, each of full age, hereby certify as follows:

1. We are each a married individual residing at 39 Walker Avenue, Closter, NJ 07624-2832 and have authorized the filing of these individual petitions as joint debtors (the "Joint Debtors").

2. We have personal knowledge of the Joint Debtors' financial records and affairs.

3. We hereby certify that neither of the Joint Debtors has prepared a Cash Flow Projection, Balance Sheet or Statement of Operations in accordance with 11 U.S.C. 1116 § (1)(B).

4. Our jointly filed Federal tax return for 2020 has been previously docketed **[Doc. No. 15].**

5. We certify that the foregoing statements are true. We are each aware that if any statements are willfully false, we are subject to punishment.

Dated: March 1, 2022         By:   */s/ Pankaj Desai*
                                   PANKAJ DESAI

                             By:   */s/ Varsha Desai*
                                   VARSHA DESAI